**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**



**FILED**

MAY 2 4 2021

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pro se plaintiff                                              CA No.

EShed Alston                                      **JURY TRIAL DEMANDED**

   v.

Defendant (s)

Kathleen Jennings, 46th Delaware Attorney
General, and Delaware Department of Justice
State of Delaware, United States the Republic
of America a Union of 50 independent States

ESHED ALSTON'S MEMORANDUM OF RECORD 5/ 18/2021 AND NOTICE OF FILING OF
18 USC SEC 242 CIVIL SUIT PURSUANT TO MATERIAL ANTI-CHRISTIAN CRIMINAL
AND UNCONSTITUTIONAL CIVIL RIGHTS VIOLATIONS AND OF INCORPORATED
1964 CIVIL RIGHTS ACTS PROVISION RIGHTS BY DISTRICT COURT JUDGE STARK AS
A ONGOING RICO ACTION AND OF DEPRIVATION OF RIGHTS IN DENIAL OF LEGAL
PROTECTION INHERENT IN FEDERAL LAWS VIOLATIONS ARE INVOKED AGAINST
KATHLEEN JENNINGS AND THE DELAWARE STATE GOVERNMENT IN MANIFESTED
AND CONSPICUOS DEMONSTRATION OF SURREPTITIOUS AND OF OUTLAWED AND
PROHIBITED AND UNLAWFUL JIM CROW CAUCASIAN SUPREMACY PROMOTIONS
THAT ARE HEREIN COMPLAINED OF PREDICATED ON SYSTEMIC STATE RACISM
There is One Supreme Omnipotent Omnipresent Omniscient Almighty a Unchanging Father **GOD**

**1.** For the record I EShed Alston I am a Christian. And USAF veteran of honorable service to my

country. I saying I am also an American citizen and. Author of color of a book written 12 years

ago I saying herein. The U.S. Constitution the unquestioned foundation of American law. Is relied

on as absolute legal authority. In terms of Constitutional law application of incorporated first fifth

sixth thirteenth and fourteenth Amendment rights those. Provisions and operations are invoked

herein are relied upon. Additionally US Criminal Code 18 USC 1512 and 1513 provision citation.

Are invoked into operation as are in particular application of. 18 USC Sec 241 and 242 and also

in the Civil Code noted as violations of 42 USC Sec 1981, 1983,1985,1986, and 1988 and of other

State and federal laws deprivation that are noted. In consideration of application of operation of

provisions of <u>18 US Code Sec</u> **242** <u>Deprivation of rights under color of law</u> Providing that

[Whoever, under color of ANY LAW, statute, ordinance, regulation, or custom, WILLFULLY subjects ANY PERSON in ANY STATE, Territory, Commonwealth, Possession, or DISTRICT to the deprivation of ANY RIGHTS, privileges, or immunities secured or protected by the Constitution or laws of the United states or to different punishments, pains or penalties on account of such person being an alien or by reason of his color or race than are prescribed for punishment of citizens, shall be fined under this title or imprisoned not more than a year or both] this citation Is but one of the federal laws relied on. In consideration of questions raised. Herein to Attorney General Kathleen Jennings in the filing of lawsuit (a) do you possess when race is factored in or have the quality. Of being fair minded and honest having strong moral uprightness. Or ethical with moral integrity or are you. A white racist supremacist as president Trump. Was accused of being by the BIDEN democrats. (b) Are not the systemically racist Delaware DOJ offices of 2019 to 2021 your tenure. Includes the last two years of accused white supremacist Trump. Are not DOJ you currently head as a democrat Kathleen Jennings materially unique. In being a political mirror?.

2. Image of the successful democrat BIDEN administrations achievement of the. Stated goals and objectives with media and enter net assistance. Of in actuality nothing more than bogus political propaganda. Regarding no real intent and no real change to address the. BIDEN administrations knowledge and stated asserted admittance. Of BIDEN pre-election factual existence of systemic institutional racism. That democrat Biden administration rhetorical change of post-election direction from the Trump white supremacy denial attack. Was nothing more than empty words lacking in any real subsequent substance (c.) What those BIDEN administration goals and objectives are, are. Clear after 100 days in office as consciously obvious trans-political deception. That are noted as a mirror image of the reality of ignored actual systemic racism in president BIDEN'S home State of Delaware. Complaint made about District court judge Stark herein are

2

regarding years of documentation of systemic Delaware racism. That are addressed in 2021 as outlawed and prohibited Jim Crow white supremacy promotion practices of Stark illegally. Condoning of a corrupt persons that is actionable under color of laws criteria as anti-Christian racist District Court. Judge Stark acting unconstitutionally are. Over the course of years and 11 denied jury trial demands to date is criminal. Condoning in ignorance for two years constitutes complicit aiding and abetting. Of Stark's illegal racism by Delaware Attorney General Jennings.

3. Observations are presented herein with the questions that are noted. Based on the experience that the BIDEN administration. Obtained the white house in deceptions and in fraud under false pretenses. The book referenced on page 1 was written on current fulfilment of ancient Biblical Prophecy intitled THE LAMBS BOOK OF LIFE. And for the record I am a legal professional. I saying of 14 years with current 777 Para-Legal Services Delaware business license. Incorporating the unlawfully obstructed rights for many years. Of use of provisions of the WHISTLEBLOWERS ACT and. Regarding Delaware District Court Judge Starks repeated 11 times documentations to current felonies. Significant criminal violations of provisions of 18 USC sec 1512 and 1513 required accountability are absent. Contrast and comparisons are made to CHRISTINE B FORD. As an example of BIDEN administration white supremacy promotion in disguise. Given as acts of racist white supremacy trans political collusion which are promoted by three. Caucasian senators two republicans and one democrat. Trans-political corruption between these three created the.

4. Kavanaugh precedent factual fraudulent existence. Referenced by FOX reporter also an attorney Laura Ingraham because whereas. Ignored history is history nevertheless ignored as a matter of fact ALSTON. And 2 associates Mr. Henry and Miller in fact acknowledged and exploited. The known to exist 2019 USSJC sitting active federal court judge accountability precedent. By filing of documents raising the issue by three Delaware men od color of the holding of ME TOO.

3

Accountability precedent of an active sitting federal court judge was federal precedent placed. Before a national audience on CNN MSN and FOX and. On enter net platforms which was factually white supremacy promotion of a white women.  Whereas Ford was given by broadcast and print media the constitutionally protected opportunity to be heard. Because and whereas ESHED ALSTON is a unlawfully obstructed legal professional of 13 years those same rights have been obstructed and. Are unconstitutionally and simultaneously unlawfully unheard as WHISTLEBLOWER. And additionally as 18 USC Sec 1512 victim fact witness informant as such.

5. Having recognized federally protected rights. Because Ford was not a true whistleblower as a matter of fact or law. Because the whistleblowers act is required law to prevents retaliation from the profession of the whistleblower. For example a nurse blowing the whistle on a hospital. Or a mal- practicing doctor would be protected pursuant to the whistleblowers act provisions. Would be legally protected by the hospital from the accused doctors. Retribution reprisals and retaliation for filing a complaint against him  EShed Alston took the Whistleblower complaint to a higher level by filing additionally simultaneous 18 USC sec 1512 invoking of provisions thereof NOTICE. Making it a federal crime and felony to obstruct this particular unheard to date federal witness and whistleblower. Blowing the whistle of judge Starks anti-Christian racist 11 examples of obstruction of the protected US Constitutional right of a JURY TRIAL. Because and whereas election of a democrat president BIDEN according to BIDEN presents and presented a change of direction to the imperiled Black community in terms of. A different perspective to consider expressed through the democrat accusations. Of white supremacy against the Republican president Trump.. Because of systemic institutional racism implicating judge Stark in frauds dating back to.

6. 2016 those noted events encompassed all four years of Trump. Which was concurrent with numerous filing of DOJ Complaints during the Trump administration. Naming racially biased

4

District Court judge Stark as in violations of federal laws. That were filed during Trumps racist DOJ tenure and in terms of filings by all three. Miller Alston and Henry in 2019 that were filed before the corrupt US Senate Judiciary Committee. Which was one of the numerous lawsuits illegally dismissed that was filed against and directly naming. Corrupt District Court judge Stark as a implicated racist anti-Christian RICO actor. That 2019 USSJC filing naming Stark was illegally dismissed by the complicit and implicated Stark. Constitutional rights are being illegally obstructed by complicit anti-Christian. Racist District Court Judge Stark who is. Currently the subject of 9 APPEALS before the court of Appeals Third Circuit. RE: EShed Alston Case Number 21-1245 District Court case Number 1-19-cv. 01562. In WRIT of MANDAMUS and of PROHIBITION I am also a unwilling victim of color. Of Delaware Attorney General Kathleen Jennings systemic racism and malicious and ANTI-CHRISTIAN unethical double standards. Described by the 18 USC Sec 1512 and 1513 victim as manifestly JIM CROW noted abuses of authority are. Outlawed white supremacist racism and prohibited by federal racial discrimination laws and. Experienced observations of racial profiling which are by the 18 USC Sec 1512 fact victim witness and informants testimony. I a citizen protected by the US Constitution and invoked federal laws. Am simultaneously victimized by a lack of integrity of the Delaware Department of justice headed for the past two years by Kathleen Jennings . By permitting the racist condescending and disrespectful actions of Judge Stark. Acting in unchecked racist abuses of federal authority.

7. White supremacy promotions persist and prevail over the course of two administration Trump and Biden are noted. And now implicated in complicit Biden administration goal and objective. Of unconstitutional racist pass over of Delaware citizen of color by Attorney General Jennings. In white supremacy protections of Judge Stark. Disregard occurring in callous unethical years of judicial abuses by in particular racist anti-Christian judge Stark. The violations of Constitutional

5

laws are placed against EShed Alston's right. To a fair hearing before a unbiased Judge is justice and civil right obstructed right of a JIURY TRIAL denied and circumvented by white supremacy racism. Should have been addressed during the Trump administration white supremacy context yet under BIDEN and JENNINGS institutional racism in the state of Delaware persist. Upon repeated and numerous written contacts persist. Having been made to include herein of repeated illegally. Obstructed right of JURY TRIAL obstructions persist regarding District Court judge Stark racist consistent pattern. Of abuses of authority and of misconduct in demonstration of unchecked. Systemic white supremacy racism lacking of required accountability by BIDEN or JENNINGS. The attorney General offices for two years are acting criminally in taking no appropriate notice. Of the numerous antecedent written 18 USC Sec 1512 witness victim and informants complaints. Having been made by EShed Alston over the past 6 years and in terms of. Written current complaints about equally corrupt JP Court Edmanson are also additionally remarkable example of judicial institutional racism. In terms of the falsely accused Brett Kavanaugh ME TOO Precedent. Which regards terms of the ignoring of me or my Caucasian wife's ME TOO status and standing.

8. We have suffered mental anguish emotional and mental stress caused by the Delaware Attorney Generals Offices Kathleen Jennings. Because and whereas both ALSTON'S regardless of race or systemic racism are legally protected citizens. Protected by the invoked application of provisions of federal laws. Nevertheless have proven in 24 page brief that both Alston's are facing. Serious false and meritless charges as a matter of facts and obstructed laws. Which are significantly completely absent of accountability. That required US Constitutional First or 6th Amendment due process protection application of laws as though. Civil rights for Black litigants is JIM CROW or Dred Scott optional. Whereas the falsely accused in an act of white supremacy. Like CROW and SCOTT are absent of any civil rights protections. Because factually by the judge Stark example

6

that evidences that fundamental rights do not exist for persons of color in Delaware. Civil suit is initiated herein because of and regarding unconstitutional trans political Delaware Department of Justice racist double standards. These noted malicious racist double standard tactics of maligning disenfranchising and marginalizing in. White supremacy racist disrespect as employed by a democrat Kathleen Jennings and by the Delaware Attorney General Offices are unlawful and unconstitutional. In the particular to the incorporated referenced case of JP Court Judge Edmanson because. And whereas the audio recorded evidence produced by two antecedent 18 USC Sec 1512 and retaliated and reprisals of against the 1513 fact witness victim of retribution and informants.

9. Whereas upon that unlawfully suppressed testimony having been heard. Convicts Edmanson. And Stark Kathy Jennings having been fully briefed ignores the rightfully aggrieved. Black citizens illegally deprived of Constitutional rights. And federally protected rights in contrasts and comparisons made. With and to Christine Ford and Fred Maahs and judge Edmanson and judge Stark as CRT critical race theory examples. Demonstrating the Delaware DOJ headed by Kathleen Jennings will readily in racist white supremacy double standards protect Caucasian criminal Fred Maahs is but one incontrovertible CRT example. Because Attorney general Jennings whereas the Freddie Fixit factor is also evidence of unreasonable racism dynamics. And demonstration of exposed white supremacy racism dynamics in the face of production of 24 page JP court brief and rights as protected 18 USC sec 1512 victim informant and fact witness status standing and legal capacity testimony. JP Court judge Edmanson audio evidence of official misconduct abuses of authority. Are based on JP court's own credible audio recording of events and circumstances in violation of rule 60. Evidencing as a matter of material fact and testimony of two antecedent fact witnesses victims informants. Because that official credible evidence therein produced over the course. Of years is of repeated official misconduct in acts of abuses of authority because whereas.

7

**10**. Both ALSTONS are federally protected acknowledged as 18 USC sec 1512 and 1513 victims. Informants and witnesses who are both being given the outlawed and prohibited. Racist white supremacy treatment which is outlawed by federal laws herein invoked. Unlawful JIM CROW Dred Scott black nigger treatment. By two materially corrupt Delaware judges in two Delaware court jurisdictions. Antecedently dating back to 2016 by racist antichristian white supremacist DISTRICT court judge Stark. Whereas the exposing of fraud on the court has no statute limitation Kathleen Jennings. And currently JP Court Edmanson treated as above the law By the first STATE whereas the Alston's are both absent of civil rights or constitutional protection. Not worthy of due process or civil protections of years of judicial corruption being exposed regarding Stark's 11 obstructed actions are of no concern of STATE Attorney General Jennings time or attention when the victim is black and the perpetrator is Caucasian. Whereas a white women other than Pamela Alston receives the Christine B. Ford. ME TOO movement treatment factually was in fact a me only reference treatment. These circumstances are well defined and well documented by two noted examples of systemic institutional racism. That ignorant racist disrespectful white supremacist mindset that Kathleen Jennings displays. And is herein noted as political rhetoric complained of as a democrat party white supremacy promotion mascaraed that. Has its origins from the witness informant and victims stand point of view. In outlaw and in prohibited JIM CROW applications.

**11**. Whereas a black person pursuant to this example has no legal or Constitutional or statutory protections. Or rights that are respected or enforced by the Delaware or the US Attorney generals Offices. Or that a court will enforce on behalf of a living Black victim or witness by either the democrats or republican administrations. That lawbreaking Caucasian is required to respect by either party or acknowledge. Given that the CNN and democrat party promoted only two democrat talking head lawyers Lee Merritt and Ben Crump both are chase the morgue wagon attorneys. An

8

neither has any interest whatsoever in assisting a living black litigant like myself. Alert Kathleen Jennings remnants of JIM CROW judges like STARK and EDMANSON. Are very real because you are responsible for letting corrupt judges like Edmanson and Stark flourish in corruption on the bench. As a direct result of Delaware DOJ ignoring of significant actionable violations. Of federal laws with incorporated 18 USC Sec 1512 and 1513. Status standing and antecedent legal capacity although both noteworthy. Referenced actions by corrupt races judges noted are currently outlawed and prohibited by invoked federal laws and by the Civil Rights Act of 1964 provisions.

12. And by other invoked both State and federal laws. That is the purpose of this purposeful filing herein of LAWSUIT. Against Attorney General Kathleen Jennings for her failure to protect or acknowledge. Violations of US Constitutional and of federal laws and. Of rights under the laws pursuant to Federal Constitutions violations of the First sixth thirteenth and fourteenth Amendment and in other federal laws. And of the herein invoked operation of applications of provisions of 18 USC Sec 1512 and 1513 and 18 USC Sec 241 and 242 and 42 USC Sec 1981 and 1983 and 1985 and 1986 and of 1988 and of the whistleblower act. Due to the complained of indisputable disrespectful marginalizing maligning disenfranchisement. Of any discernable legal or of social protection aka the. Freddie fixit factor of systemic institutional racism. This Kathleen Jennings is the basis of surreptitious white supremacy racism complained of. That I am herein since 2019 a qualified unheard for 3 years WHISTLEBLOWER of color. Blowing the whistle on the profession that I have been part of for 13 years. The Delaware Legal Profession testifying as a 18 USC sec 1512 victim witness and informant. In terms of racism encountered from the Delaware Department of justice of you head. I have upon observation and experience of the Freddie fixit factor a name change suggestion to the Delaware Department of Injustice. Even though you in your white supremacy racism disrespect for my person you cannot disrespect the laws that protects my person.

9

CLOSING STATEMENTS AND CONCLUSIONS

**13**. Because I saying by my observations as a person of color and 18 USC Sec 1512 and 1513 fact witness victim informants experiences. The applied term and democrat created phrase critical race theory CRT. Is exposed herein as a meaningfully deceptive political proposition presented in fraud to deceive the black community Attorney General Jennings. That is herein exposed and repudiated on behalf of that community. As fraud and deception exposed by a victimized person of color. That phrase has been and continues to be currently. A significant consistent false democrat talking point narrative to the black community found necessary to employ in order to elect president Biden.

**14**. Be advised and take notice reader two new phrases CRR and CRF. Are the contemporaneous replacements for CRT. As CRT is objectively unreasonable under the noted circumstances. Critical Race Reality and Critical Race Fact are herein meaningful placed in contrast and comparisons with the democrat concept of Critical Race Theory. Three words are herein compared Reality Fact and theory. Let's start with defining the word theory and its speculative meaning first [Supposition or a system of ideas intended to explain something. Especially based on general principles and on hypothesis conjecture supposition postulation and speculations.] Definition of the word Fact is [a thing that is known or proven to be by witnesses and by empirical evidence and experienced reality and or observation to be true.]. Definition of the word Reality is [the world or the state of things.

**15**. As they actually factually exist and are, as opposed to. An idealistic speculative supposition and conjectural notional idea of reality.] Reality and facts always replaces hypothesis and unsound theory. Because and whereas conjectural speculation is indisputably. The factual foundation of the critical race theory concepts. Those exposed apposed and speculative concept must be rejected as absent of any substance. When confronted with both indisputable fact and reality Attorney General Jennings. I have US Constitutional rights to be heard even when unpopular and a victim of racism.

ESHED ALSTON'S MEMORANDUM OF RECORD OF DOCUMENTATION OF CREATION OF BOTH CRITICAL RACE FACT AND OF CRITICAL RACE REALITY TO REPLACE CRITICAL RACE THEORY CRT BY DEFINITION IS CONJECTURE AND SUPPOSITIONS
There is One Supreme Omnipotent Omnipresent Omniscient Almighty a Unchanging Father **GOD**

**1.** To the reader of this particular document filed herein. To establish the record of events and circumstances. The following set requirement must be meet. Status standing and capacity of good standing as a Christian with **GOD**. Is required <u>IN GOD WE TRUST</u>. Let's establish additional common ground in repudiation of CRT critical race theory. As a democrat party and Biden administration false narrative talking point with a objectively reasonable discussion predicated on.

**2.** The common understanding of the meanings of two relevant key words. CRITICAL and RACE both words are defined herein. <u>Critical</u>: Expressing adverse criticizing unfavorable condemning and disapproving comments and or judgments involving merit and fault analysis. Race: A group of human being characterized on shared social qualities history and physical traits. Theory and the application to social science. Defeats the purpose of the scientific approach. That can never be based on meritless speculations suppositions and untested hypothesis as the unsound conclusions.

**3.** Critical race reality proposition as is asserted and herein is defined as. Expressing objectively reasonable factual criticizing. Analysis of institutional American white supremacy racism. From the stand  points of history and the world and or the state of things. As they actually are and exist and from the stand point of the oppressed victims of color in real time.  Critical Race Reality by definition is the exposure of trans-political white supremacy racism dynamics. Exposed In bi partisan practices by both racist political party's Democrat and Republican and the corrupt media.

**4.** Critical race fact is predicated on critical race reality. Of 11 Stark denials of a jury trial context from the standpoint of the victim of color. Because whereas fact evidence and witness testimony outweighs. Fiction fabrications conjecture and worthless theories unless you are an racist idiot. Critical race fact as well as Critical race reality cannot really be disputed by an intelligent person.

EShed ALSTON

These facts are true so help me **GOD**

Notary.

Sworn and subscribed before notary 5/21/2021

EShED ALSTON'S MEMORANDUM OF 5 THROUGH FIVE ATTACHED EXHIBITS PROVING THAT TRUMP WAS NOT A RACIST AND THAT THE DEMOCRAT PARTY CREATION OF CRITICAL RACE THEORY DECEPTIONS THAT ELECTED PRESIDENT BIDEN ARE A PROVEN RACIST FRAUD CREATED BY CORRUPT MEDIA

There is One Supreme Omnipotent Omnipresent Omniscient a Almighty Unchanging Father **GOD**

1.  Exhibit 1 is described as a 1990 letter of acknowledgement from then Senator BIDEN. That was sent to EShed Alston. This document documents the fact of past history. And that president Biden knows who I am. The noted current disrespect shown to me is disconcerting. And taken personally as a racist act. From someone that I at one time I had the greatest respect for. That is no longer the case. When you president Biden wrote in 1990 [" As <u>you may know, I was an original co-sponsor of S. 2104, the civil rights Act of 1990. After reviewing and analyzing the bill, I decided that it would be an essential part of our country's effort to end employment discrimination and restore IMPORTANT CIVIL RIGHTS PROTECTION.</u>"] and ['<u>Thank you for taking the time to contact me. YOUR INTEREST IN THIS ISSUE IS APPRECIATED , and I will keep your views in mind when this IMPORTANT legislation is introduced in the 102nd Congress</u>"] Are quotations from the attached document. That are in contrast with current political disrespect to me.

2. Exhibit 2 is described as one of two exhibits from President Trump demonstrating factually respect shown to the Black author upon receipt of the same book. I can prove by postal receipt is currently factually in the possession of president Biden. Receives no acknowledgement to this day. President Trump by my experience and observation. Is not a racist and critical race theory is a fraud. The BIDEN administration as did the sodomy transgender Obama administration. Has failed to acknowledge receipt of the book sent them THE LAMBS BOOK OF LIFE although in both instances Obama and Biden in fact they have the book referenced in both of their possessions.

3. Exhibit 3 is the ONLY Known LETTER OF APPRECIATION in 4 years from the TRUMP administration. Documenting twice that President trump is not only not a racist he demonstrated in writing respect for EShed Alston and his race. Absent is Biden's respect for the Black author.

4. Exhibit Documentation of racist corrupt judge Stark objectionable in violation of federal laws including 18 USC Sec 1512 and 1513 assignment to case 11 1:21-cv-00681 ALSTON v. BIDEN

5. Documentation of 2020 submission filing to Chief Justice Roberts US Supreme court. Be advised the returned filing referenced to SCOTUS docket number 10-164. Was re sent to Chief Justice Roberts. And WAS NOT returned and the referenced filing is currently in his possession

EShed ALSTON

Notary.

These facts are true so help me **GOD**

Sworn and subscribed before notary 5/21/2021

JOSEPH R. BIDEN, JR., DELAWARE, CHAIRMAN

EDWARD M. KENNEDY, MASSACHUSETTS
HOWARD M. METZENBAUM, OHIO
DENNIS DeCONCINI, ARIZONA
PATRICK J. LEAHY, VERMONT
HOWELL HEFLIN, ALABAMA
PAUL SIMON, ILLINOIS
HERBERT KOHL, WISCONSIN

STROM THURMOND, SOUTH CAROLINA
ORRIN G. HATCH, UTAH
ALAN K. SIMPSON, WYOMING
CHARLES E. GRASSLEY, IOWA
ARLEN SPECTER, PENNSYLVANIA
GORDON J. HUMPHREY, NEW HAMPSHIRE

RONALD A. KLAIN, CHIEF COUNSEL
DIANA HUFFMAN, STAFF DIRECTOR
JEFFREY J. PECK, GENERAL COUNSEL
TERRY L. WOOTEN, MINORITY CHIEF COUNSEL
AND STAFF DIRECTOR

**United States Senate**

COMMITTEE ON THE JUDICIARY

WASHINGTON, DC 20510-6275

November 16, 1990

Alston


Dover, Delaware   19901

Dear Mr. Alston:

Thank you for contacting me regarding the Civil Rights Act of 1990, introduced by Senator Kennedy.

As you may know, I was an original co-sponsor of S.2104, the Civil Rights Act of 1990. After reviewing and analyzing the bill, I decided that it would be an essential part of our country's effort to end employment discrimination and restore important civil rights protections.

The conference committee, appointed to resolve the differences between the House and Senate versions of the Civil Rights Act of 1990, reached an agreement and presented it to the Congress for approval. The conference committee modified the bill to include compromise language designed to satisfy any remaining concerns about the legislation. As you may know, I joined a majority of my colleagues in Congress in passing this legislation. Unfortunately, the President vetoed the bill.

On October 24, 1990, the Senate voted, 66-34, to override President Bush's veto of the bill -- falling just one vote short of the two-thirds necessary to override a presidential veto.

Thank you again for taking the time to contact me. Your interest in this issue is appreciated, and I will keep your views in mind when this important legisaltion is introduced in the 102nd Congress. I have enclosed a copy of the conference report for your information.

Sincerely,

Joseph R. Biden, Jr.
Chairman


Enclosure

54



Thank you for taking time to send your kind words of support and thoughtful gift.  I look forward to being President for all Americans. I will always be your voice and will always be your champion. Working together, we will unify our great country AND renew the American Dream.  I believe America will be great again and I'm eager to get to work.

Melania and I greatly appreciate your words of support.

With best wishes,

Donald J. Trump

# THE WHITE HOUSE

WASHINGTON

February 10, 2020

Eshed Alston
Dover, Delaware

Dear Eshed Alston,

I appreciate you taking the time to share your suggestions on critical issues facing our Nation. I am proud to continue working on behalf of all Americans to strengthen our economy, protect our country, and hold our Government accountable.

I know that no challenge will outmatch the resolve of the American people. Together, united in our efforts, we will build a stronger and more prosperous country for future generations.

Sincerely,

## Utility Events

<u>1:21-cv-00681-UNA Alston et al
v. The Democratic Republic of
America of the United States of
America et al</u>

PRO-SE

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 5/12/2021 at 12:34 PM EDT and filed on 5/12/2021

**Case Name:**        Alston et al v. The Democratic Republic of America of the United States of America et al
**Case Number:**      <u>1:21-cv-00681-LPS</u>
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. (rjb)**

**1:21-cv-00681-LPS Notice has been electronically mailed to:**

**1:21-cv-00681-LPS Filer will deliver document by other means to:**

Chris Miller


EShed Alston
406 Arnold Ct.
Dover, DE 19901

Ronnier Henry

U.S. Department of Justice

Civil Rights Division

*Federal Coordination and Compliance Section-4CON*
*950 Pennsylvania Avenue, NW*
*Washington, DC  20530*

4/22/2021

Doc #696628

Mr. Eshed Alston
406 Arnold Court
Dover, DE 19901

Dear Mr. Alston:

The Federal Coordination and Compliance Section of the Civil Rights Division of the U.S. Department of Justice has received your correspondence.

This section coordinates the enforcement of various statutes that prohibit discrimination based on race, color, national origin, sex, and religion in programs that receive federal financial assistance. We also investigate complaints of discrimination on these bases against certain recipients of federal financial assistance from the U.S. Department of Justice (DOJ). DOJ's recipients mainly include state and local police and sheriff's departments, state departments of corrections, courts, and other similar entities. We are not authorized to address issues with federal facilities or federal officials.

The circumstances you describe in your correspondence do not appear to allege a violation of the statutes we enforce. We regret that we cannot be of assistance to you in this matter.

Sincerely,

Christine Stoneman
Acting Chief
Federal Coordination and Compliance Section
Civil Rights Division

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

Pro se plaintiff                                                CA No.

EShed Alston                                          JURY TRIAL DEMANDED

    v.

Defendant (s)

Kathleen Jennings, 46th Delaware Attorney
General, and Delaware Department of Justice
State of Delaware, United States the Republic
of America a Union of 50 independent States



ESHED ALSTONS SWORN AFFIDAVIT OF FILING OF SERVICE OF PROCESS AND OF PROCESS OF SERVICE ARE NOTICED IN MEMORANDUM OF RECORD OF 5/21/2021 There is One Supreme Omnipotent Omnipresent Omniscient a Almighty Unchanging Father **GOD**

Filing of complaint for 11 criminal violations of provisions of 18 USC Sec 1512 and 1513 retribution and 18 USC Sec 241 and 242 deprivation of rights and of the protected Constitutional right of a JURY TRIAL was filed in the original to District Court of Delaware United States Courthouse 844 King Street Wilmington DE 19801 and to Attorney General Kathleen Jennings Delaware Department of Justice Carvel State Building 820 N. French Street Wilmington, DE 19801 and DOJ 102 W. Water Street Dover, DE 19904 and to Governor Carney Carvel State Office Building 820 N. French Street 12th floor Wilmington DE 19801 and Tatnall Building 150 Martin Luther King Jr Blvd South Dover DE 19901 and to President BIDEN and vice President Harris 1600 Pennsylvania Ave, NW Washington DC 20500 and US Department of Justice Civil Rights Division 950 Pennsylvania NW Washington DC 20530 to the attention Christine Stoneman

EShed ALSTON                                    Notary.

These facts are true so help me **GOD**          Sworn and subscribed before notary 5/21/2021





L. xislai
40 o Arnold ct
Ceuuorscroon
Dar DE. 1901

District Court Delaware
United States Courthouse
844 King Street
Wilmington DE 19801




U.S. POSTAGE PAID
FCM LG ENV
DOVER, DE
19901
MAY 21 21
AMOUNT
$1.60
R2306Y151965-16

1000

19801

FILED

MAY 2 4 2021

U.S. DISTRICT COURT
DISTRICT OF DELAWARE